FILED

AUG 26 2019

Clerk, U.S Courts
District Of Montana
Missoula Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

|  |  |
|---|---|
| CHAD BEIERLE,<br><br>  Plaintiff,<br><br>vs.<br><br>FUGLI, LLC, et al.,<br><br>  Defendants. | CV 19–127–M–DWM<br>CV 19–129–M–DWM<br>CV 19–137–M–DWM<br><br><br>ORDER |

In the past two weeks, counsel M. William Judnich has filed seven causes of action on behalf Plaintiff Chad Beierle pursuant to the Americans with Disabilities Act ("ADA"). *See Beierle v. Fugli, LLC*, CV 19-127-M-DWM; *Beierle v. Taco Treat of Great Falls, Inc.*, CV 19-129-M-DWM; *Beierle v. KFC Montana*, CV 19-130-M-DLC; *Beierle v. Orange Town Pump, Inc.*, CV 19-131-M-DLC; *Beierle v. Muralt's Inc.*, CV 19-132-M-DLC; *Beierle v. Chaffee Legacy, LLC*, CV 19-136-M-DLC; *Beierle v. CHS, Inc.*, CV 19-137-M-DWM. In five of the seven, counsel moved for the *pro hac vice* admission of attorney Joe M. Quick. On August 20, 2019, the Court required counsel to show cause why *pro hac vice* admission was appropriate. In response, counsel seeks to withdraw the pending applications.

1

Accordingly, IT IS ORDERED that counsel's motions to withdraw are GRANTED. The *pro hac vice* applications pending in CV 19-127-M-DWM and CV 19-129-M-DWM are DEEMED WITHDRAWN. The show cause order is VACATED in all three above-captioned cases.

DATED this 26th day of August, 2019.

Donald W. Molloy, District Judge
United States District Court