
FILED
NOV 07 2019
Clerk, U.S. District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CHAD BEIERLE,<br><br>            Plaintiff,<br><br>vs.<br><br>CHS, INC.,<br><br>            Defendant. | CV 19–137–M–DWM<br><br>ORDER |

Pursuant to this Court's October 16, 2019 Order (Doc. 9), IT IS ORDERED that Plaintiff Chad Beierle's Complaint (Doc. 1) is DISMISSED WITH PREJUDICE. The Clerk is directed to enter a judgment of dismissal and close the case file.

DATED this 7th day of November, 2019.

Donald W. Molloy, District Judge
United States District Court