IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CHAD BEIERLE,<br><br>              Plaintiff,<br><br>vs.<br><br>CHS, INC.,<br><br>              Defendant. | CV-19-137-M-DWM<br><br>JUDGMENT |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this action with prejudice consistent with the Court's Order filed in the case as Docket Number 10.

Dated this 7th day of November, 2019.

                              TYLER P. GILMAN, CLERK

                              By: /s/ Nicole Stephens
                              Nicole Stephens, Deputy Clerk